Compilation of Laws

FILED
SUPERIOR COURT
GUAM

2014 JAN 17 AM II: 14

CLERK OF COURT

BY:

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| GUAM SANKO TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC MODAIR CORPORATION, TOYO NETSU NOGYO KAISHA, LTD., and DOES I through X, <br><br> Defendants. | CIVIL CASE NO. CV 0915-08 <br><br> **DECISION AND ORDER** |

This matter came before the Honorable Arthur R. Barcinas on the 17th day of January, 2014, for hearing on the Defendants' Motion for Reconsideration. Attorney Carlos Taitano represented the Plaintiff, and Attorney Thomas Tarpley represented the Defendants. The motion concerns the Court's exclusion of costs from the Judgment entered on October 4, 2013. The Defendants correctly suggest that the exclusion of costs, to which they are entitled as of right under Rule 54(d)(1) of the Guam Rules of Civil Procedure, was the result of a clerical oversight. Under Rule 60(a) of the Guam Rules of Civil Procedure, the Defendant is entitled to the relief requested in the motion. Accordingly, the motion for reconsideration is **GRANTED**. An amended judgment shall issue contemporaneously with this Decision and Order.

**IT IS SO ORDERED** this day of JAN 1 7 2014 _____.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

JAN 1 7 2014



Benny O Cruz
Deputy Clerk Superior Court of Guam

_____
HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam